## GENERAL COURT, OCTOBER TERM, 1799.

### Negro David vs. Porter.

Certiorari to Frederick county court, whereby the proceedings in that court, on a petition for freedom, were removed to this court.

It appears that the petitioner stated his claim to freedom to arise under the laws of the state of *Pennsylvania* for the *abolition of slavery.* The testimony taken proves the petitioner to have been the property of one *Richard Coale,* who resided in Frederick county in this state in the year 1788. That the said *Coale* hired the petitioner to one *M·Lean,* who resided in the state of *Pennsylvania.* That the petitioner was seen in the possession of the said *M·Lean,* in the state of *Pennsylvania,* in the year 1788. That an agreement was executed between the said *Coale* and *M·Lean* for the hire of the petitioner. That the petitioner is now in the possession of, and claimed by the defendant, who resides in Frederick county in this state.

*Shaaff,* for the petitioner.

*Mason,* for the defendant.

The General Court gave judgment that the petitioner is free, and that he be hence discharged, &c. with costs.